UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| QUANTUM-MAC INTERNATIONAL, INC. and IMO S. OKWU,<br><br>                Plaintiffs,<br><br>vs.<br><br>WORLD BUSINESS LENDERS, LLC and WBL SPE III, LLC,<br><br>                Defendants. | CIVIL ACTION FILE<br><br>NO. 1:20-cv-2353-WMR |

## J U D G M E N T

This action having come before the court, Honorable William M. Ray, II, United States District Judge, for consideration of defendants' motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 3rd day of December, 2020.

                                                        JAMES N. HATTEN
                                                        CLERK OF COURT

                                  By:   s/ A. Hogan
                                             Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
December 3, 2020
James N. Hatten
Clerk of Court

By:  s/ A. Hogan
       Deputy Clerk